UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMIR H. SANATKAR and VIDA K. SANATKAR,<br><br>Plaintiffs,<br><br>v.<br><br>JP MORGAN CHASE BANK, N.A.; FKA WASHINGTON MUTUAL BANK, F.A.; TITLE TRUST DEED SERVICE COMPANY,<br><br>Defendants. | Case No. 12-cv-4100 NC<br><br>**ORDER TO SHOW CAUSE RE SUBJECT MATTER JURISDICTION**<br><br>Re: Dkt. No. 1 |

The Court issues this order sua sponte to address concerns regarding the issue of subject matter jurisdiction. Plaintiffs Amir and Vida Sanatkar bring this action for damages, quiet title, injunctive relief, and declaratory relief against defendants JP Morgan Chase Bank, N.A., formerly known as Washington Mutual Bank, and Title Trust Deed Service Company. Compl. ¶¶ 1-2, Dkt. No. 1. Plaintiffs invoke federal jurisdiction under 42 U.S.C. § 1332(c)(1) on the basis of diversity of citizenship. *Id.*

"Federal courts are courts of limited jurisdiction." *Kokkonen v. Guardian Life Ins. Co. Of Am.*, 511 U.S. 375, 377 (1994). "A federal court is presumed to lack jurisdiction in a particular case unless the contrary affirmatively appears." *Stock West, Inc. v. Confederated Tribes of the Colville Reservation*, 873 F.2d 1221, 1225 (9th Cir. 1989). The party seeking to invoke the court's jurisdiction bears the burden of establishing grounds for the exercise of federal jurisdiction. *Scott v. Breeland*, 792 F.2d 925, 927 (9th

1  Cir. 1986).  Even if no party challenges subject matter jurisdiction, the court has a duty to
2  raise the issue sua sponte.  *Gaus v. Miles, Inc.*, 980 F.2d 564, 566 (9th Cir. 1992).
3        Under 28 U.S.C. § 1332(a), a district court has original jurisdiction over civil
4  actions between citizens of different states where the matter in controversy exceeds
5  $75,000.  28 U.S.C. § 1332(a).  If a litigant is an entity rather than an individual, the form
6  of the entity dictates citizenship for purposes of federal subject matter jurisdiction.
7  *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).  A
8  corporation is a citizen both of the state in which it was incorporated and of the state
9  where it has its principal place of business.  28 U.S.C. § 1332(c).
10       Here, it is assumed that plaintiffs are each citizens of the State of California.
11 Compl. ¶ 3.  Plaintiffs assert that JP Morgan exists under the laws of the United States
12 and "as a result . . . operat[es] as a foreign corporation.  Its members and owners are
13 citizens of another state."  *Id.* ¶ 1.  Plaintiffs further asserts that Title Trust Deed Service
14 Company is "organized and existing under the laws of Delaware."  *Id.* ¶ 2.  Plaintiffs fail,
15 however, to allege the state of incorporation and the state where each defendant has its
16 principal place of business.
17       Because plaintiffs bear the burden of setting forth jurisdictional facts, plaintiffs
18 must show cause in writing on or before August 31, 2012, why this case should not be
19 dismissed for lack of subject matter jurisdiction.  Plaintiffs' response must properly
20 identify the citizenship of defendants JP Morgan and Title Trust Deed Service Company.
21       Also, plaintiffs must provide factual allegations to support their assertion that the
22 amount in controversy exceeds $1,000,000.  *See Christensen v. Northwest Airlines, Inc.*,
23 633 F.2d 529, 530-31 (9th Cir. 1980) (finding lack of subject matter jurisdiction where
24 plaintiff's tort claim could not sustain a judgment over the jurisdictional amount).
25       Finally, in light of their pro se status, plaintiffs may wish to seek assistance from
26 the Legal Help Center, a free service of the Volunteer Legal Services Program, by calling
27 415.782.9000 x8657 or signing up for an appointment on the 15th floor of the
28 Courthouse, Room 2796.  At the Legal Help Center, plaintiffs may speak with an attorney

1  who may be able to provide basic legal help, but not legal representation.  The Court also
2  urges plaintiffs to obtain a copy of the Pro Se Handbook, available free of charge from
3  the Court's website (www.cand.uscourts.gov) or in the Clerk's Office on the 16th Floor,
4  450 Golden Gate Avenue, San Francisco, CA.

6      IT IS SO ORDERED.

8  DATED: August 6, 2012

9                                  NATHANAEL M. COUSINS
                                United States Magistrate Judge